## Court of Appeals, State of Michigan

## ORDER

Inkster Housing Commission v Towana R Allen

Docket No.    317507

LC No.    13-000079 AV

Karen M. Fort Hood
Presiding Judge

Joel P. Hoekstra

Peter D. O'Connell
Judges

---

The Court orders that the January 20, 2015 opinion is hereby AMENDED. The opinion contained the following clerical error: The signatures at the end of the majority opinion should read Karen M. Fort Hood and Joel P. Hoekstra.

In all other respects, the January 20, 2015 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 2 7 2015
_____
Date

_____
Chief Clerk